1  LAW OFFICES OF STEVEN R. FOX
   Steven R. Fox, SBN 138808
2  Daniel Park, SBN  274973
   17835 Ventura Blvd., Suite 306
3  Encino, CA 91316
   (818)774-3545; FAX (818)774-3707
4
   Attorneys for Debtor-in-Possession
5

6

7

8              UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10               SAN FERNANDO VALLEY DIVISION

11  In re                              ) CASE NO:  1:14-bk-15360 MT
                                        )
12                                      ) CHAPTER 11
    Oracle Transportation Solutions, Inc., )
13                                      ) DECLARATION    OF    TIGRAN
                                        ) GEVORGYAN IN SUPPORT OF FIRST
14                                      ) DAY MOTIONS
          Debtor.                       )
15                                      ) Date  :  December 4, 2014
                                        ) Time  :  11:00 a.m.
16                                      ) Place :  Courtroom 302
                                        )
17                                      )
                                        )
18  _____    ) Petition filed December 1, 2014

19          FIRST DAY DECLARATION OF TIGRAN GEVORGYAN

20      I, Tigran Gevorgyan, declare as follows:

21  1.   I am the CEO of Oracle Transportation Solutions, Inc., an active California

22       corporation in good standing.  ("Oracle" or "Debtor").  My business address

23       is 6422 Bellingham Avenue, Suite 203, North Hollywood, CA 91606.  My

24       statements here are based on my personal knowledge.  If called to testify about

25       the contents of my declaration, I could and would testify competently about the

26       contents of this declaration.

27  2.   This declaration is intended to accompany the Debtor's first day motions.  This

28

1   declaration provides background on the Debtor, the events leading the Debtor

2   to seek relief now, and information particular to various first day motions.

3   I.

4   ## Background of the Debtor and Its Business

5   3.   The Debtor commenced its case by filing a voluntary petition for relief under

6   chapter 11 of the U.S. Bankruptcy Code on December 1, 2014. No committee

7   has been appointed.

8   4.   The Debtor operates a trucking company.   It has a small office in North

9   Hollywood and parking facilities and spaces for its trucks in the northeast San

10   Fernando Valley.

11   5.   The Debtor's business model is an interesting one.   Normally, trucking

12   companies will run five or fewer trucks on the low end or thousands of trucks

13   (on the high end) in order to be profitable.  At the lower end, the operations

14   tend to be mom and pop businesses where costs are kept low because family

15   is doing the work and the costs of a larger business are avoided.   The

16   companies at the higher end operate so many trucks, they have the economy

17   of scale which permits them to deliver a product (trucking jobs) at competitive

18   prices but while permitting the trucking company to eke out a profit.

19   6.   Either through owned trucks or by sending trucking jobs out to independent

20   operators or corporations, Oracle operates in what is typically a no-mans land

21   running about 40 trucks.  Oracle is able to do so for various reasons:

22   •   It has been able to obtain lower insurance rates than is typical in the

23   trucking industry for a company of its size.

24   •   The model of farming out contracts permits Oracle to keep a portion of

25   the monies charged for the job but without having to incur the major

26   expenses of owning and operating a truck.

27   •   The company has emphasized customer service with the brokers and

28   companies who offer the trucking contracts.  Some of them will pay

1    more money to induce Oracle to take the trucking contract.

2    • The company instituted certain practices which are typical of large

3    trucking companies with many more trucks.    In brief, trucks are

4    equipped with GPS, there is satellite tracking of trucks and on certain

5    loads with higher value cargos, two drivers will be used.

6    7.    The Debtor has serious problems it needs to work on while in chapter 11.

7    Here is a short summary:

8    • Prepetition, the Debtor was trucking what it understood to be a low value

9    load.  The load was stolen and it then turned out the load's value was

10    perhaps $1,000,000.  The Debtor's insurance carrier did not cover the

11    loss because the driver was away from the vehicle and the coverage did

12    not cover theft while the driver was away from the vehicle.  The broker

13    apparently paid the owner of the load and then sued Oracle.  The

14    broker, CEVA, obtained a judgment and moved to execute.  It had

15    levied on approximately $100,000 of Oracle monies shortly before the

16    chapter 11 petition was filed.  The loss of that money would be difficult

17    from which to recover.

18    • The Debtor has a line of credit with Wells Fargo Bank.  When the CEVA

19    levy hit, Wells Fargo became nervous and it appears Wells Fargo

20    transferred the line of credit to its troubled loan department.

21    • The Debtor had an immediate and very serious cash flow problem.

22    • Another creditor, EZ Mailing Services, Inc., holds a claim for some

23    $286,000.  Oracle cannot afford to pay this claim in full.

24    • The Debtor's management works long hours on a seven day basis.

25    They have been remarkably successful building a company through the

26    Great Recession where before the Debtor's business did not exist.  They

27    have obtained high end trucking contracts and have built a reputation

28    for Oracle.  Oracle does not have strong financial reporting abilities.

1    As a result, Oracle is unable to present now to the Court financial

2    reports showing its income and expenses and its assets and liabilities.

3    •    Management needs guidance and training to increase their

4    sophistication and their abilities to manage and lead the business.

5    During the chapter 11 case, management will get that training.

6    8.    As a result of these various problems, Oracle sought relief under chapter 11.

7    II.

8    **The Debtor Is Taking Steps to Reorganize**

9    **and Will Continue to Do So During the Chapter 11 Case.**

10    9.    Despite the problems, the Debtor's prospects are good.

11    •    It has a good company and a solid proven business model.

12    •    The Debtor will improve its financial reporting, very quickly.

13    •    Management will improve its skills.

14    10.    This is an emergency filing and as the case moves along, the Debtor will

15    identify other business and operational problems that may exist and will

16    work to solve those problems too.

17    IV.

18    **The Debtor's Assets, Income, Expenses and Liabilities.**

19    11.    In the following paragraphs are discussions about the assets, income,

20    expenses and liabilities. As the Debtor's CEO, I oversee administrative

21    functions and business operations. I am actively involved in generating

22    income and overseeing the expenses. All business decisions are made

23    through me. I am the person in charge. The company is working hard to

24    improve the quality of its financial reports. I have come to learn that they

25    have not been as accurate as I would have liked them to be. The details

26    and reports discussed below were prepared after personnel worked through

27    the Debtor's financial books and records looking to correct errors.

28    12.    Assets. The Debtor owns approximately 23 trucks that are being financed.

1    The Debtor owns 4 older trucks that are paid in full.  The Debtor also owns

2    some furniture Due to the financial reporting issues discussed above, the

3    Debtor is unable to provide an accurate report listing the Debtor's assets,

4    their values, and the amount of equity in some of its assets.  The Debtor has

5    not had an opportunity to fully prepare for the chapter 11 filing.  When the

6    Debtor files its complete Schedules, it will have a complete listing of assets.

7    13.    Receivables amount to approximately $500,610.62.   This amount is based

8    on the Debtor's estimate.  The Debtor is unable to provide an aged

9    receivables report at this time but, as it works on the financial reporting

10    issues, the Debtor will provide an aged receivables reports with future

11    motions.  Monies on hand amount to $113,008.57.  Of this amount, the

12    levied monies amount to $97,931.61.  Wells Fargo Bank is owed

13    approximately $579,543.16 on its line of credit.

14    14.    Income and Expenses.  The Debtor is attaching selected pages from its year

15    2011, 2012 and 2013 federal income tax returns reflecting income and

16    expenses for those years.  They are attached here as **Exhibit "B"**.   The tax

17    returns were prepared by the company's accountant on my direction.  I

18    worked with the accountant on the reports and its preparation.  They are

19    true and correct copies of what they appear to be.

20    15.    Based on available information, year to date gross revenues for year 2014,

21    as of December 2, 2014, was approximately $6,648,250.09.

22    16.    Secured Claims.  The California Secretary of State' records indicate various

23    liens have been filed.  Copies of the liens are attached here as **Exhibit "E."**

24    17.    Unsecured Claims.  Based on available information which will be updated,

25    unsecured claims against the estate amount to $448,546.00.  This figure

26    will change as the Debtor works on its financial reports.

27                                                V.

28                                    First Day Motions.

18.   I have read the First Day Motions.  I have participated in the analysis which
      underlies them.

### Emergency Application for Authority to Use Cash
### Collateral on an Interim and Final Basis.

19.   As I understand it, a  motion to use cash collateral is required when a
      creditor asserts it is secured by the Debtor's monies and receivables.  Here I
      believe the secured creditors will assert they hold security interests in the
      company's monies.  They may or may not be correct.

20.   The income and expense projection with cash flow is attached to this
      Declaration as **Exhibit "A."**  I worked on this projection with staff.  As the
      Debtor's CEO, I am responsible for monitoring the company's income and
      expenses and its business operations.  The report shows projected income
      and expenses as well as cash flow in the next interim period.  It is the
      Debtor's best estimation going forward for the interim period.

21.   The Debtor requires the use of cash collateral in order to operate its
      business, to pay independent corporations and independent truckers and
      Oracle's employees, to pay rent and utilities, and to complete existing jobs
      and to perform future jobs.  Without the use of cash collateral, the Debtor
      will be unable to remain in business.  If the Debtor cannot use the cash
      collateral, its reputation in the industry will be severely harmed.  Authorizing
      the relief requested below will benefit the secured creditors as the use of
      cash collateral will protect their security.  If the secured creditors' liens
      extend to all of the Debtor's assets, then the Debtor does not have
      unencumbered sources of monies or other assets to pay ordinary course of
      business obligations.

22.   Interim Use.  The Debtor requests it be authorized to use cash collateral on
      an interim basis as per the proposed budget.  Attached here as **Exhibit "A"**
      is a true and correct copy of the Debtor's proposed budget going forward

1    through the end of January, 2015.  Various people including me worked on

2    it.  It is a true and correct copy of what it appears to be.

3    23.    The basis for this report, the proposed budget, relies initially on internally

4    maintained financial historical information from 2013, but also on the

5    Debtor's belief as to what income and expenses will be in the near future.

6    Expenses going forward are estimated on the past 12 months history.  The

7    budget is based in part on the Debtor's.  To generate estimates of income,

8    the Debtor's personnel considered current work and its estimation of

9    trucking jobs it will obtain in the near future.

10    24.    One major difficulty in estimating income and expenses is that the Debtor

11    does not know what jobs it will actually obtain in this interim period.  It is a

12    growing business and the Debtor anticipates more jobs during this interim

13    period than it for the same time period last year.  The months of January,

14    2015 and February, 2015 are generally slow.  The Debtor does not know

15    how much work it will obtain and the number of jobs it obtains bears a

16    direct relationship with certain variable costs, such as fuel expenses and

17    truck repairs.  However, based on the growth the Debtor is seeing in its

18    business, I believe there is a good likelihood that there will be more jobs

19    during January, 2015 and February, 2015 than it has had in the past.  If

20    the Debtor obtains more jobs than it is forecasting, then it will either need to

21    turn away the work (and not be able to increase the value of the estate's

22    assets) or the Debtor needs to be able to take these jobs despite the budget.

23    25.    While expenses such as fuel will vary, the indirect or overhead expenses

24    generally stay consistent.  These expenses include rent, staff payroll and

25    payroll taxes, office utilities and insurance.

26    26.    Variance.  If the Debtor determines that it will need to vary from any one

27    budgeted item by more than 20%, the Debtor proposes it provide written

28    notice by email or telecopier of the variance to the secured creditors and if

1   they do not object to the variance within 48 business hours, then the

2   variance will be deemed approved.  If the secured creditors objects, then the

3   Debtor will seek to hold a hearing on shortened notice to resolve the

4   dispute.

5   27.  <u>Rolling Unspent Expenses Forward</u>.  The budget is a weekly budget.  Very

6   likely, the Debtor will underspend in various categories in each of the weeks

7   reflected in the budget.  In some weeks, there may be many jobs requiring

8   more fuel and driver expenses.  In other weeks, there may be fewer jobs

9   than expected, requiring less fuel and driver expenses.  The Court should

10   authorize the Debtor to carry over from pervious weeks any unused monies

11   to be used in the same categories in future weeks.  Any monies carried

12   forward would not count toward the 20% variance.

13   28.  <u>Rolling Unspent Expenses Forward</u>.  The budget is a weekly budget.  Very

14   likely, the Debtor will underspend in various categories in each of the weeks

15   reflected in the budget.  The Debtor requests that the Court authorize the

16   Debtor to carry over from pervious weeks any unused monies to be used in

17   the same categories in future weeks.  The Debtor also requests that the

18   monies carried forward not count toward the 20% variance.

19   29.  To the extent gross revenues exceed projected gross revenues, the Debtor

20   requests use of the excess and apply the excess to the costs of handling the

21   additional jobs. This would mean that office payroll would not increase

22   unless additional office staff was needed.  Payments to the corporations

23   and/or independent operators would increase.  Fuel costs would increase.

24   30.  <u>The Secured Creditors Are Adequately Protected</u>.  Section 361 defines

25   "adequate protection" in various manners including periodic payments to a

26   secured creditor, replacement liens and other relief.  The secured creditors

27   are afforded adequate protection of its claim in many ways.

28   a.     The Debtor believes that during the interim period there will be no

1    diminution in value because the amount of business coming in to the

2    Debtor has been increasing this year.  Continued operation of the

3    business protects their claims.

4        b.    Operating the business maintains value.

5        c.    All assets are adequately insured.

6        d.    The Debtor will make a regular payment to Wells Fargo on the line of

7            credit during this interim period.

8    31.    Final Use of Cash Collateral.  The Court should set a hearing on final use of

9    cash collateral and, at that hearing, authorize the Debtor to use cash

10    collateral in the ordinary course of business.  Given the difficulties budgeting

11    into the future, because contracts may or may not be awarded to the Debtor

12    and they may start later or sooner than projection, the Debtor requests it be

13    authorized to use cash collateral in the ordinary course of business.

Motion to Pay Payroll.

15    32.    The employees provide crucial functions for the Debtor.  They oversee jobs,

16    operate as dispatch, and do work with brokers to obtain business.

17    33.    The Debtor pays its employees every week on Friday for wages earned the

18    prior week.   With the petition filed on Monday, December 1, 2014, this

19    means the payroll for last week, November 24th through the 30th is owed

20    and not paid.  The estimated gross payroll, including payroll to the insiders,

21    is approximately $10,770.83.  The Debtor has funds on hand to pay this

22    sum.  Some employees are paid regular amounts as salaries; other are

23    hourly but they work 40 hours a week each week so their payrolls remain

24    constant.  I understand that the Bankruptcy Code gives the Bankruptcy

25    Court discretion to permit the payment of prepetition payrolls but only up to

26    a certain amount of money for payroll and other benefits.  A true and

27    correct copy of a payroll report is attached here as **Exhibit "D."**  This report

28    was prepared at my direction by staff.  I oversee the Debtor's administrative

1    functions, including payroll. I have reviewed the report and I am satisfied

2    with its accuracy based on the Debtor's records and based on the years of

3    experience at the Debtor overseeing administrative functions.

4    34.    Though my staff is comfortable the gross payroll will be $10,770.83, the

5    Debtor should have authority to deviate from stated payroll by as much as

6    15% for any one non-insider employee to account for overtime.

7    35.    In the normal course, prepetition debts are paid through the plan. The

8    employees, if not paid, will not wait to be paid through the plan and instead

9    will largely leave the Debtor's employment. This will severely impact the

10    Debtor's ability to reorganize and impact the value of the Debtor's assets

11    and business. The economy is improving, something which will encourage

12    trained and skilled employees to look elsewhere for work. The employees

13    are still employed. By paying the prepetition payroll currently due, the

14    employees will keep working and the Debtor will be able to honor its job

15    commitments, meet company expenses and work to reorganize. The

16    Debtor's prospects for reorganization are good. The Debtor is a growing

17    business. It will analyze any financial and operational problems and

18    implement solutions to them.

19    36.    I do want the Debtor to be authorized to pay my prepetition payroll once the

20    15 day objection period passes. The insiders, including myself, oversee the

21    company including administrative functions, handle the employee issues

22    and are the people in charge. We work with creditors and vendors. I work

23    with creditors and vendors and work in the field and I now also work with

24    bankruptcy counsel. I am responsible for overseeing which trucks are

25    operational, need repair, where trucks should be delivering to, and I handle

26    emergencies. I manage relationships with employees, truck drivers, and

27    customers. I oversee and maintain the trucks and make sure they are

28    properly maintained. If there is an opportunity to upgrade the trucks, I will.

1    Executed on December ___, 2014, at North Hollywood, California.

2    I declare under the penalty of perjury and under the laws of the U.S. of

3    America that the foregoing is true and correct.

4

5                                                    _____ CEO  12/2/2014

6                                                         Tigran Gevorgyan

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit "A"

## INCOME

| | 12/1/2014 - 12/5/2014 | 12/8/2014 - 12/12/2014 | 12/15/2014 - 12/19/2014 | 12/22/2014 - 12/26/2014 |
|---|---|---|---|---|
| Gross Revenue | 81,037.26 | 103,100.19 | 107,645.64 | 78,157.39 |
| BROKERAGE INCOME | 18,021.12 | 19,977.61 | 20,101.62 | 15,063.96 |
| Trailer Lease Income | | | | 4500.00 |
| Insurance Income | | | | 17,673.00 |
| Oracle Truck Income | 18,250.00 | 19,201.00 | 19,425.00 | 15,425.00 |
| **TOTAL INCOME** | **$117,308.38** | **$142,278.80** | **$147,172.26** | **$130,819.35** |

## EXPENSE

| FIXED | 12/1/2014 - 12/5/2014 | 12/8/2014 - 12/12/2014 | 12/15/2014 - 12/19/2014 | 12/22/2014 - 12/26/2014 |
|---|---|---|---|---|
| RENT | | | | |
| Office | | | | |
| Parking | | $4,433.00 | $1,506.00 | |
| UTILITY BILLS | $987.95 | $2,099.23 | $257.31 | $1,005.60 |
| SALARIES | $10,770.83 | $10,770.83 | $10,770.83 | $10,770.83 |
| INSURANCE | | | | $17,521.00 |
| VEHICLE FINANCE PAYMENTS | $2,650.00 | $2,864.00 | $3,379.19 | $10,324.24 |
| TRUCK/TRAILER REGISTRATION | | | | $11,000.00 |
| TRAILER FINANCE PAYMENTS | $6,462.73 | | | |
| IFTA | | $1,139.97 | | |

| VARIABLE COSTS | 12/1/2014 - 12/5/2014 | 12/8/2014 - 12/12/2014 | 12/15/2014 - 12/19/2014 | 12/22/2014 - 12/26/2014 |
|---|---|---|---|---|
| FUEL | $45,500.00 | $45,500.00 | $45,500.00 | $45,500.00 |
| TRUCK REPAIRS | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| DRIVER DAILY EXPENSES | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Other Expenses | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Lumper | $800.00 | $800.00 | $800.00 | $800.00 |
| Tickets | $500.00 | $500.00 | $500.00 | $500.00 |
| DRIVER EXPENSE | $34,561.00 | $58,766.92 | $61,357.37 | $44,549.71 |
| **TOTAL EXPENSE** | **$107,132.51** | **$131,773.95** | **$128,970.70** | **$146,871.38** |

| INCOME | 12/29/2014 - 1/2/2015 | 1/5/2015-1/9/2015 | 1/12/2015-1/16/2015 | 1/19/2015-1/23/2015 |
|---|---|---|---|---|
| Gross Revenue | 79,023.62 | 68,821.10 | 70,816.71 | 70,324.79 |
| BROKERAGE INCOME | 15,326.16 | 17,085.75 | 16,084.25 | 16,324.25 |
| Trailer Lease Income | | | | |
| Insurance Income | | | | |
| Oracle Truck Income | 15,654.00 | 18194.65 | 17200.54 | 17452.46 |
| TOTAL INCOME | $110,003.78 | 104,101.50 | 104,101.50 | 104,101.50 |

| EXPENSE FIXED | 12/29/2014 - 1/2/2015 | 1/5/2015-1/9/2015 | 1/12/2015-1/16/2015 | 1/19/2015-1/23/2015 |
|---|---|---|---|---|
| RENT | | | | |
| Office | | | | $1,506.00 |
| Parking | | | $4,433.00 | |
| UTILITY BILLS | | $987.95 | $2,099.23 | $257.31 |
| SALARIES | $10,770.83 | $10,770.83 | $10,770.83 | $10,770.83 |
| INSURANCE | | | | |
| VEHICLE FINANCE PAYMENTS | | $5,514.00 | $3,379.19 | |
| TRUCK/TRAILER REGISTRATION | | | | |
| TRAILER FINANCE PAYMENTS | | | | |
| IFTA | | $6,462.73 | $1,139.97 | $4,500.00 |

| VARIABLE COSTS | 12/29/2014 - 1/2/2015 | 1/5/2015-1/9/2015 | 1/12/2015-1/16/2015 | 1/19/2015-1/23/2015 |
|---|---|---|---|---|
| FUEL | $35,000.00 | $32,000.00 | $32,000.00 | $32,000.00 |
| TRUCK REPAIRS | $2,500.00 | $2,300.00 | $2,300.00 | $2,300.00 |
| DRIVER DAILY EXPENSES | $1,200.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Other Expenses | $1,200.00 | $1,100.00 | $1,100.00 | $1,100.00 |
| Lumper | $800.00 | $700.00 | $700.00 | $700.00 |
| Tickets | $500.00 | $400.00 | $400.00 | $400.00 |
| DRIVER EXPENSE | $45,043.64 | $36,532.00 | $38,550.00 | $38,550.00 |
| TOTAL EXPENSE | $97,014.47 | $97,867.51 | $97,972.22 | $93,184.14 |

14

| INCOME | 1/26/2015-1/30/2015 | TOTAL FOR 9 WEEKS |
|---|---|---|
| Gross Revenue | 68,321.80 | $727,248.50 |
| BROKERAGE INCOME | 14,848.75 | $152,833.47 |
| Trailer Lease Income | 4500.00 | $9,000.00 |
| Insurance Income | 17,673.00 | $35,346.00 |
| Oracle Truck Income | 15930.95 | $156,733.60 |
| | | $0.00 |
| **TOTAL INCOME** | **121,274.50** | **$1,081,161.57** |

| EXPENSE | | |
|---|---|---|
| FIXED | 1/26/2015-1/30/2015 | |
| RENT | | |
| Office | | $3,012.00 |
| Parking | | $8,866.00 |
| UTILITY BILLS | $1,005.60 | $8,700.18 |
| SALARIES | $10,770.83 | $96,937.47 |
| INSURANCE | $17,521.00 | $35,042.00 |
| VEHICLE FINANCE PAYMENTS | $10,324.24 | $38,434.86 |
| TRUCK/TRAILER REGISTRATION | | $11,000.00 |
| TRAILER FINANCE PAYMENTS | | $15,205.40 |
| IFTA | | $4,500.00 |

| VARIABLE COSTS | | |
|---|---|---|
| FUEL | $40,000.00 | $353,000.00 |
| TRUCK REPAIRS | $2,300.00 | $21,700.00 |
| DRIVER DAILY EXPENSES | $1,100.00 | $10,400.00 |
| Other Expenses | $1,100.00 | $10,400.00 |
| Lumper | $700.00 | $6,800.00 |
| Tickets | $400.00 | $4,100.00 |
| DRIVER EXPENSE | 38550 | $396,460.64 |
| **TOTAL EXPENSE** | **$123,771.67** | **$1,024,558.55** |
| **PROFIT** | | **$56,603.02** |

**TOTAL EXPENSES FOR THIS FORCAST IS: $1,024,558.55**

\*\*Income based on historical figures

\*\* Utilities based on due dates of bills for internet, phone.

\*\* Parking includes two locations

\*\* Brokerage income is income made by company from load brokered to owner operators

\*\* Variable expenses may vary by large margins due to the nature of the business.

| VEHICLE PAYMENTS | Amount | | Due Date |
|---|---|---|---|
| KERN SCHOOLS | $ | 1,188.50 | 12/21/2014 |
| GE FINANCIAL | $ | 2,190.69 | 12/17/2014 |
| GE FINANCIAL | $ | 3,796.75 | 12/28/2014 |
| GE FINANCIAL | $ | 1,774.66 | 12/28/2014 |
| WELLS FARGO EQUIPME | $ | 1,175.38 | 12/3/2014 |
| WELLS FARGO EQUIPME | $ | 5,287.35 | 12/3/2014 |
| WELLS FARGO EQUIPME | $ | 1,596.44 | 12/27/2014 |
| WELLS FARGO EQUIPME | $ | 3,156.39 | 12/27/2014 |
| WELLS FARGO EQUIPME | $ | 1,139.97 | 12/14/2014 |
| ROLLS ROYCE FINANCIAL | $ | 2,650.00 | 12/7/2014 |
| US BANK | $ | 1,223.00 | 12/10/2014 |
| US BANK | $ | 1,641.00 | 12/10/2014 |
| **TOTAL** | | **$26,820.13** | |

16

# Exhibit "B"

# Form 1120S

**U.S. Income Tax Return for an S Corporation**

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0130

**2013**

Department of the Treasury
Internal Revenue Service

For calendar year 2013 or tax year beginning , 2013, ending ,

| | | | |
|---|---|---|---|
| **A** S election effective date 01/01/10 | **TYPE OR PRINT** | Name ORACLE TRANSPORTATION SOLUTIONS INC | **D** Employer identification number  )0810 |
| **B** Business activity code number (see instrs) 484120 | | Number, street, and room or suite no. If a P.O. box, see instructions. 6422 BELLINGHAM AVE. UNIT 203 | **E** Date incorporated 11/06/07 |
| **C** Check if Schedule M-3 attached ☐ | | City or town, state or province, country, and ZIP or foreign postal code NORTH HOLLYWOOD          CA 91606 | **F** Total assets (see instructions) $ 302,224. |

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No   If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . . . . ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| INCOME | | | |
|---|---|---|---:|
| **1a** | Gross receipts or sales . . . . . . . . . . . . . . . | **1a** 6,020,321. | |
| **b** | Returns and allowances . . . . . . . . . . . . . . . | **1b** | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 6,020,321. |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . . | **2** | 4,934,724. |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 1,085,597. |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . . . . . . . . . . . . | **4** | 6,600. |
| **5** | Other income (loss) (see instrs — att statement) . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | **Total income (loss). Add lines 3 through 5** . . . . . . . . . . . . . . . . . . . . . . ► | **6** | 1,092,197. |

| DEDUCTIONS (SEE INSTRS) | | | |
|---|---|---|---:|
| **7** | Compensation of officers (see instructions - attach Form 1125-E) . . . . . . . . . . . | **7** | 48,000. |
| **8** | Salaries and wages (less employment credits) . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 28,017. |
| **10** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Rents . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 42,493. |
| **12** | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | 4,948. |
| **13** | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | **14** | 138,097. |
| **15** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . . . . | **15** | |
| **16** | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16** | 581. |
| **17** | Pension, profit-sharing, etc, plans . . . . . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| **18** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | |
| **19** | Other deductions (attach statement) . . . . . STMT . . . | **19** | 802,850. |
| **20** | **Total deductions. Add lines 7 through 19** . . . . . . . . . . . . . . . . . . . . . . ► | **20** | 1,064,986. |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 . . . . . . . . . . . | **21** | 27,211. |

| TAX AND PAYMENTS | | | |
|---|---|---|---:|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | **22a** | |
| **b** | Tax from Schedule D (Form 1120S) | **22b** | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) . . . . . . . . . . . . . | **22c** | |
| **23a** | 2013 estimated tax payments and 2012 overpayment credited to 2013 . . . | **23a** | |
| **b** | Tax deposited with Form 7004 | **23b** 0. | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | **23c** | |
| **d** | Add lines 23a through 23c . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23d** | 0. |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . ► ☐ | **24** | |
| **25** | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . | **25** | 0. |
| **26** | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . | **26** | |
| **27** | Enter amount from line 26 Credited to 2014 estimated tax ► | Refunded ► | **27** |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► Signature of officer      Date      ► Title PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name ALFRED MAKHMUDYAN | Preparer's signature ALFRED MAKHMUDYAN | Date | Check ☐ if self-employed ► | PTIN P00840096 |
| Firm's name ► GLENDALE ACCOUNTING GROUP, INC. | | | Firm's EIN ► | J429 |
| Firm's address ► 750 FAIRMONT AVE. STE. 104 GLENDALE          CA 91203-1070 | | | Phone no. | (818) 243-3600 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**          SPSA0112  01/15/14          Form **1120S** (2013)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0130

**2012**

For calendar year 2012 or tax year beginning , 2012, ending ,

| A S election effective date | TYPE OR PRINT | Name | D Employer identification number |
|---|---|---|---|
| 01/01/10 | | ORACLE TRANSPORTATION SOLUTIONS INC | J0810 |
| B Business activity code number (see instrs) | | Number, street, and room or suite no. If a P.O. box, see instructions. | E Date incorporated |
| 484120 | | 6422 BELLINGHAM AVE. UNIT 203 | 11/06/07 |
| C Check if Schedule M-3 attached | | City or town, state, and ZIP code | F Total assets (see instructions) |
| | | NORTH HOLLYWOOD          CA 91606 | $ 324,490. |

G  Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

H  Check if:  (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change
(4) ☐ Amended return  (5) ☐ S election termination or revocation

I  Enter the number of shareholders who were shareholders during any part of the tax year ............................ ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | 1a Gross receipts or sales ........................ | 1a | 6,341,950. | |
| | b Returns and allowances ........................ | 1b | | |
| | c Balance. Subtract line 1b from line 1a ..................................... | | 1c | 6,341,950. |
| | 2 Cost of goods sold (attach Form 1125-A) ..................................... | | 2 | 5,433,989. |
| | 3 Gross profit. Subtract line 2 from line 1c ..................................... | | 3 | 907,961. |
| | 4 Net gain (loss) from Form 4797, line 17 (attach Form 4797) ..................... | | 4 | |
| | 5 Other income (loss) (see instrs — att statement) ............................. | | 5 | |
| | 6 **Total income (loss).** Add lines 3 through 5 ................................. | | 6 | 907,961. |
| **D E D U C T I O N S (S E E I N S T R S)** | 7 Compensation of officers ..................................... | | 7 | 30,000. |
| | 8 Salaries and wages (less employment credits) ................................. | | 8 | |
| | 9 Repairs and maintenance ..................................... | | 9 | 51,875. |
| | 10 Bad debts ..................................... | | 10 | |
| | 11 Rents ..................................... | | 11 | 22,280. |
| | 12 Taxes and licenses ..................................... | | 12 | 2,575. |
| | 13 Interest ..................................... | | 13 | |
| | 14 Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) ... | | 14 | 117,113. |
| | 15 Depletion **(Do not deduct oil and gas depletion.)** ............................. | | 15 | |
| | 16 Advertising ..................................... | | 16 | 1,150. |
| | 17 Pension, profit-sharing, etc, plans ..................................... | | 17 | |
| | 18 Employee benefit programs ..................................... | | 18 | |
| | 19 Other deductions (attach statement) ......... STMT ....................... | | 19 | 593,754. |
| | 20 **Total deductions.** Add lines 7 through 19 ................................. | | 20 | 818,747. |
| | 21 **Ordinary business income (loss).** Subtract line 20 from line 6 ................. | | 21 | 89,214. |
| **T A X A N D P A Y M E N T S** | 22a Excess net passive income or LIFO recapture tax (see instructions) .... | 22a | | |
| | b Tax from Schedule D (Form 1120S) ................................. | 22b | | |
| | c Add lines 22a and 22b (see instructions for additional taxes) ................. | | 22c | |
| | 23a 2012 estimated tax payments and 2011 overpayment credited to 2012 ...... | 23a | | |
| | b Tax deposited with Form 7004 ................................. | 23b | 0. | |
| | c Credit for federal tax paid on fuels (attach Form 4136) ................. | 23c | | |
| | d Add lines 23a through 23c ..................................... | | 23d | 0. |
| | 24 Estimated tax penalty (see instructions). Check if Form 2220 is attached ............ ► ☐ | | 24 | |
| | 25 Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed ... | | 25 | 0. |
| | 26 Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid ... | | 26 | |
| | 27 Enter amount from line 26 Credited to 2013 estimated tax ►    Refunded ► | | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____  _____  ► PRESIDENT
   Signature of officer                Date            Title

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| **Paid Preparer Use Only** | ALFRED MAKHMUDYAN | ALFRED MAKHMUDYAN | | | P00840096 |
| | Firm's name ► GLENDALE ACCOUNTING GROUP, INC. | | | Firm's EIN ► | )429 |
| | Firm's address ► 750 FAIRMONT AVE STE 104 | | | | |
| | GLENDALE                     CA 91203-1070 | | | Phone no. (818) 243-3600 | |

BAA  **For Paperwork Reduction Act Notice, see separate instructions.**          SPSA0112  12/30/12          Form **1120S** (2012)

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
▶ See separate instructions.

OMB No. 1545-0130

**2011**

For calendar year 2011 or tax year beginning _____ , 2011, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>01/01/10 | **TYPE**<br>**OR**<br>**PRINT** | Name<br>ORACLE TRANSPORTATION SOLUTIONS INC |
| **B** Business activity code<br>number (see instrs)<br>484120 | | Number, street, and room or suite no. If a P.O. box, see instructions.<br>6422 BELLINGHAM AVE. UNIT 203 |
| **C** Check if Sch M-3<br>attached ☐ | | City or town, state, and ZIP code<br>NORTH HOLLYWOOD            CA  91606 |

| | |
|---|---|
| **D** Employer identification number<br>10810 |
| **E** Date Incorporated<br>11/06/07 |
| **F** Total assets (see instructions)<br>$ 371,277. |

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year ..................... ▶ 1

**Caution.** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Merchant card and third-party payments. For 2011, enter -0- ......... | **1a** | 0. | |
| | **b** Gross receipts or sales not reported on line 1a (see instructions) ......... | **1b** | 6,127,516. | |
| | **c** Total. Add lines 1a and 1b .................................. | **1c** | 6,127,516. | |
| | **d** Returns and allowances plus any other adjustments (see instructions) ....... | **1d** | 14,424. | |
| | **e** Subtract line 1d from line 1c .................................................... | | **1e** | 6,113,092. |
| | **2** Cost of goods sold (attach Form 1125-A) ............................................... | | **2** | 5,036,768. |
| | **3** Gross profit. Subtract line 2 from line 1e .............................................. | | **3** | 1,076,324. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) .......... | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) ........................................ | | **5** | |
| | **6** Total income (loss). Add lines 3 through 5 .......................................... ▶ | | **6** | 1,076,324. |

| | | | | |
|---|---|---|---|---|
| **D E D U C T I O N S  S E E  I N S T R S** | **7** Compensation of officers .......................................................... | | **7** | 24,000. |
| | **8** Salaries and wages (less employment credits) ...................................... | | **8** | |
| | **9** Repairs and maintenance ......................................................... | | **9** | 84,165. |
| | **10** Bad debts ....................................................................... | | **10** | 13,528. |
| | **11** Rents ........................................................................... | | **11** | 18,546. |
| | **12** Taxes and licenses ............................................................... | | **12** | 1,637. |
| | **13** Interest ......................................................................... | | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) .... | | **14** | 47,986. |
| | **15** Depletion (Do not deduct oil and gas depletion.) .................................. | | **15** | |
| | **16** Advertising ...................................................................... | | **16** | 3,113. |
| | **17** Pension, profit-sharing, etc, plans ................................................ | | **17** | |
| | **18** Employee benefit programs ....................................................... | | **18** | |
| | **19** Other deductions (attach statement) ...... * . STMT .............................. | | **19** | 827,058. |
| | **20** Total deductions. Add lines 7 through 19 .......................................... ▶ | | **20** | 1,020,033. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 ...................... | | **21** | 56,291. |

| | | | | |
|---|---|---|---|---|
| **T A X  A N D  P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture<br>tax (see instructions) ............................ | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) ....................... | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) ......................... | | **22c** | |
| | **23a** 2011 estimated tax payments and 2010 overpayment credited to 2011 ....... | **23a** | | |
| | **b** Tax deposited with Form 7004 ........................... | **23b** | 0. | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) ... | **23c** | | |
| | **d** Add lines 23a through 23c ........................................................ | | **23d** | 0. |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached ............... ▶ ☐ | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed .... | | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid .... | | **26** | |
| | **27** Enter amount from line 26 Credited to 2012 estimated tax ▶ _____ Refunded ▶ | | **27** | |

**Sign
Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  _____  ▶ PRESIDENT
Signature of officer        Date      Title

May the IRS discuss this return
with the preparer shown below
(see instructions)? ☒ Yes ☐ No

**Paid
Preparer
Use Only**

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>ALFRED MAKHMUDYAN | Preparer's signature<br>ALFRED MAKHMUDYAN | Date<br>03/25/12 | Check ☐ if<br>self-employed | PTIN<br>P00840096 |
| Firm's name ▶ GLENDALE ACCOUNTING GROUP, INC. | | | Firm's EIN ▶ | 129 |
| Firm's address ▶ 750 FAIRMONT AVE STE 104 | | | | |
| GLENDALE | CA  91203-1070 | | Phone no. | (818) 243-3600 |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**  SPSA0112  12/12/11  Form **1120S** (2011)

# Exhibit "C"

## UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

UCC DIRECT SERVICES
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 22090300002
FILING NUMBER: 09-7206242658
FILING DATE: 08/21/2009 10:41
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Oracle Transportation Solutions, Inc | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6422 Bellingham Ave Ste 203 | North Hollywood | CA | 91606 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | Corporation | CA | C3029019 ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Capital Partners Funding LLC | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2766 | Carlsbad | CA | 92018 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All Debtor's Assets.Notice: Pursuant to an agreement between Debtor and Secured Party, debtor has agreed not to grant a security interest in the above collateral to any other entity. Accordingly, the acceptance of any security interest by anyone other than the Secured Party is likely to constitute the tortious interference with the Secured Party's rights.In the event that any entity is granted a security interest in Debtor's accounts, chattel paper or general intangibles contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity.

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**

CA-0-38392854-Oracle

FILING OFFICE COPY



## NOTICE OF JUDGMENT LIEN
FOLLOW INSTRUCTIONS CAREFULLY (front and back of form )

**A. NAME & PHONE OF FILER'S CONTACT (optional)**
Dennis A. Cammarano, Esq.; (562) 495-9501

**B. SEND ACKNOWLEDGMENT TO: (NAME AND ADDRESS)**

Dennis A. Cammarano, Esq.
Jeremy B. Gard, Esq.
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
O/R: 3177

**14-7414645389**
**06/05/2014 17:00**

**FILED**
CALIFORNIA
SECRETARY OF STATE
SOS

43343280002   UCC 1 FILING

**1. JUDGMENT DEBTOR'S EXACT LEGAL NAME** –Insert only one name, either 1a or 1b. Do not abbreviate or combine names.

**1a. ORGANIZATION'S NAME**
ORACLE TRANSPORTATION SOLUTIONS, INC.

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6422 Bellingham Avenue, Suite 203 | North Hollywood | CA | 91606 | US |

**2. JUDGMENT CREDITOR'S NAME**– Do not abbreviate or combine names.

**2a. ORGANIZATION'S NAME**
CEVA GROUND US, LP c/o CAMMARANO LAW GROUP

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 555 East Ocean Boulevard, Suite 501 | Long Beach | CA | 90802 | US |

**3. ALL PROPERTY SUBJECT TO ENFORCEMENT OF A MONEY JUDGMENT AGAINST THE JUDGMENT DEBTOR TO WHICH A JUDGMENT LIEN ON PERSONAL PROPERTY MAY ATTACH UNDER SECTION 697.530 OF THE CODE OF CIVIL PROCEDURE IS SUBJECT TO THIS JUDGMENT LIEN.**

A. Title of court where judgment was entered: Superior Court of California- County of

Los Angeles, Compton Courthouse

B. Title of the action: CEVA GROUND US, LP v. ORACLE TRANSPORTATION SOLUTIONS, INC.

C. Number of this action: TC027169

D. Date judgment was entered: April 10, 2014

E. Date of subsequent renewals of judgment (if any): 

F. Amount required to satisfy judgment at date of this notice: $ 305,977.85

G. Date of this notice: June 2, 2014

**4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct:**

SIGNATURE – SEE INSTRUCTION NO. 4
CAMMARANO LAW GROUP

Dated: June 2, 2014
(If not indicated, use same as date in item 3G.)

FOR: JUDGMENT CREDITOR- CEVA GROUND US, LP

# JUDGMENT LIEN ADDENDUM
**FOLLOW INSTRUCTIONS CAREFULLY (FRONT AND BACK OF FORM)**

**5. NAME OF JUDGMENT DEBTOR:** (NAME OF FIRST DEBTOR ON RELATED JUDGMENT LIEN)

| 5a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 5b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**6. ADDITIONAL JUDGMENT DEBTOR – insert only one name (6a or 6b):**

| 6a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 6c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**7. ADDITIONAL JUDGMENT DEBTOR – insert only one name (7a or 7b):**

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**8. ADDITIONAL JUDGMENT DEBTOR – insert only one name (8a or 8b):**

| 8a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 8b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 8c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**9. ADDITIONAL JUDGMENT CREDITOR – insert only one name (9a or 9b):**

| 9a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 9c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

**10. ADDITIONAL JUDGMENT CREDITOR – insert only one name (10a or 10b):**

| 10a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 10b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

43343280002

(1) FILING OFFICER COPY – JUDGMENT LIEN ADDENDUM FORM (REV. 6/01)

CA Secretary of State

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Gisella Melendez
800-331-3282

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CT LIEN SOLUTIONS
2727 ALLEN PARKWAY
HOUSTON, TX 77019
USA

**DOCUMENT NUMBER:** 39033730002
**FILING NUMBER:** 13-7374021987
**FILING DATE:** 08/15/2013 15:37
**IMAGE GENERATED ELECTRONICALLY FOR XML FILING**
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| | |
|---|---|
| **1a. ORGANIZATION'S NAME** | ORACLE TRANSPORTATION SOLUTIONS, INC |
| **1b. INDIVIDUAL'S LAST NAME** / FIRST NAME / MIDDLE NAME / SUFFIX | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 6422 BELLINGHAM AVE STE 203 | NORTH HOLLYWOOD | CA | 91606-1417 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION: Corporation | 1f. JURISDICTION OF ORGANIZATION: CA | 1g. ORGANIZATIONAL ID#, if any: 03029019 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| | |
|---|---|
| **2a. ORGANIZATION'S NAME** | |
| **2b. INDIVIDUAL'S LAST NAME** / FIRST NAME / MIDDLE NAME / SUFFIX | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| | |
|---|---|
| **3a. ORGANIZATION'S NAME** | Wells Fargo Bank, N.A. |
| **3b. INDIVIDUAL'S LAST NAME** / FIRST NAME / MIDDLE NAME / SUFFIX | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| PO Box 8203 | Boise | ID | 83707-2203 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All accounts (including health care insurance receivables), deposit accounts, contract rights, chattel paper, (whether electronic or tangible), commercial tort claims, instruments, promissory notes, investment property, general intangibles (including payment intangibles and software), letter of credit rights, letters of credit, and other rights to payment of every kind now existing or at any time hereafter arising. All inventory, including all goods held for sale or lease or to be furnished under contracts for service, or goods so leased or furnished, raw materials, component parts, work in process and other materials used or consumed in Grantor's business, now or at any time hereafter owned or acquired by Grantor, wherever located, and all products thereof, whether in the possession of Grantor, any warehousemen, any bailee or any other person, or in process of delivery, and whether located at Grantor's places of business or elsewhere. All equipment, goods, tools, machinery, furnishings, furniture and other equipment and fixtures of every kind now existing or hereafter acquired, and all improvements, replacements, accessions and additions thereto and embedded

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS** Attach Addendum [if applicable]

**7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]** [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
CA-0-39424473-47701491

**FILING OFFICE COPY**

Page 2

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| **9a. ORGANIZATION'S NAME**<br>ORACLE TRANSPORTATION SOLUTIONS, INC | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

DOCUMENT NUMBER: 39033730002
IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| **11a. ORGANIZATION'S NAME** | | | | | |
| OR **11b. INDIVIDUAL'S LAST NAME** | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **11c. MAILING ADDRESS** | | CITY | | STATE | POSTAL CODE | COUNTRY |
| **11d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID#, if any**<br>☐ NONE |

| 12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) | | | | |
|---|---|---|---|---|
| **12a. ORGANIZATION'S NAME** | | | | |
| OR **12b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **12c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

| 13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing. | 16. Additional collateral description: |
|---|---|
| **14. Description of real estate:** | software included therein, whether located on any property owned or leased by Grantor or elsewhere, including without limitation, any of the foregoing now or at any time hereafter located at or installed on the land or in the improvements at any of the real property owned or leased by Grantor, and all such goods after they have been severed and removed from any of said real property. |
| **15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):** | **17. Check only if applicable and check only one box.**<br>Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate<br>**18. Check only if applicable and check only one box.**<br>☐ Debtor is a TRANSMITTING UTILITY<br>☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years<br>☐ Filed in connection with a Public-Finance Transaction - effective 30 years |

FILING OFFICE COPY

# Exhibit "D"

| Payroll Expense | Weekly Total | Projected Payroll Taxes |
|---|---|---|
| Tigran Gevorgyan | $ 3,645.83 | $ 1,203.12 |
| Arnold Nazar | $ 1,000.00 | $ 330.00 |
| Roman Terovsepyan | $ 1,000.00 | $ 330.00 |
| Henry Bagramyan | $ 950.00 | $ 313.50 |
| Sarmen Ovespyan | $ 900.00 | $ 297.00 |
| Amik Gasparyan | $ 900.00 | $ 297.00 |
| Khachik Gevorgyan | $ 1,000.00 | $ 330.00 |
| Ovanes Pogosyan | $ 875.00 | $ 288.75 |
| Vartan Tolmoyan | $ 500.00 | $ 165.00 |
| TOTAL | $10,770.83 | $ 3,554.37 |