B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re    **Oracle Transportation Solutions, Inc.**                        ,    Case No.    **1:14-bk-15360**
                                                    Debtor

                                                        Chapter                        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 1,582,876.61 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 6 | | 1,523,369.94 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 51,243.57 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 450,931.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 1,582,876.61 | | |
| Total Liabilities | | | | 2,025,544.82 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Central District of California

In re    **Oracle Transportation Solutions, Inc.**                                         ,    Case No.    __1:14-bk-15360__

Debtor

Chapter                                    __11__

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Oracle Transportation Solutions, Inc.** ,    Case No.    __1:14-bk-15360__
_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|---|
| | | | Total > | 0.00 | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Oracle Transportation Solutions, Inc.**                                    ,    Case No.    __1:14-bk-15360__
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br><br>**business checking account XXXXXXXX2022**<br>**(balance as of 12/1/14 per Wells Fargo bank statement)** | - | 64,438.18 |
| | | **Wells Fargo Bank, N.A.**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995**<br><br>**business (insurance) checking account number XXXXXX3802**<br>**(balance as of 12/1/14 per Wells Fargo bank statement)** | - | 0.00 |
| | | **CEVA levied monies** | - | 97,806.61 |
| | | **eCapital levied monies** | - | 19,370.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |

Sub-Total >    181,614.79
(Total of this page)

__5__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Oracle Transportation Solutions, Inc.**                                        ,    Case No.    __1:14-bk-15360__

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | accounts receivable - face value as of 12/1/14 | - | 523,991.82 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 523,991.82 |
| (Total of this page) | |

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Oracle Transportation Solutions, Inc.** _____ ,   Case No.   __1:14-bk-15360__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against owner/operator's insurance relating to the claim TQL has against the Debtor** | - | 18,000.00 |
| | | **potential claim against owner/operator who hauled CEVA load and had their own insurance (value unknown)** | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Freightliner Vin # 1FUJA6CK27LW31352** | - | 27,000.00 |
| | | **(805,000 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2005 Freightliner Vin # 1FUJBBCK05LN89878** | - | 25,000.00 |
| | | **(707,259 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2008 Freightliner Vin # 1FUJA6CK88DZ92192** | - | 26,000.00 |
| | | **(734,000 miles - value based on Debtor's opinion - value estimated)** | | |

Sub-Total >        96,000.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Oracle Transportation Solutions, Inc.**                                ,    Case No.    **1:14-bk-15360**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2006 Volvo VIN # # 4V4NC9TK46N425431** | - | **30,000.00** |
| | | **(930,767 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2006 Volvo VIN # 4V4NC9TJ36N425265** | - | **36,000.00** |
| | | **(880,126 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2008 International Vin # 5RJSXAFH08W547440** | - | **40,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2007 Hyundai Reefer Trailer VIN # 3H3V532C37T272008** | - | **25,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2007 Utility Reefer VIN # 1UYVS25337U008113** | - | **18,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2011 International VIN # 3HSCUAPR4BN357646** | - | **65,000.00** |
| | | **(266,256 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2011 International VIN # 3HSCUAPR2BN357645** | - | **65,000.00** |
| | | **(276,852 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2006 Utility Reefer Trailer VIN # 1UYVS25386U903207** | - | **20,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2006 Utility Reefer Trailer VIN # 1UYVS25336U742622** | - | **20,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2007 Utility Reefer Trailer VIN # 1UYVS253X7U013115** | - | **22,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |

Sub-Total >    **341,000.00**
(Total of this page)

Sheet    **3**    of    **5**    continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Oracle Transportation Solutions, Inc.**                              ,   Case No.   **1:14-bk-15360**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2009 Freightliner VIN # 1FUJA6AV49DAB4043** | - | **52,500.00** |
| | | **(330,777 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2010 Peterbilt VIN # 1XP7D49X5AD796859** | - | **53,000.00** |
| | | **(320,000 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2007 Utility Reefer Trailer VIN # 1UYVS25387U013209** | - | **22,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2009 Utility Reefer Trailer VIN # 1UYVS25319U683106** | - | **25,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2006 Great Dane Reefer VIN # 1GRAA06226W701340** | - | **25,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2006 Hyundai Reefer VIN # 3H3V532C66T132002** | - | **30,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2011 International VIN # 3HSCUAPR9BN358646** | - | **65,000.00** |
| | | **(282,200 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2007 Utility Reefer** | - | **22,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **2011 International** | - | **65,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **1994 Fruehoff Trailer** | - | **5,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| | | **1996 Great Dane** | - | **6,500.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |

Sub-Total >   **371,000.00**
(Total of this page)

Sheet   **4**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Oracle Transportation Solutions, Inc.**                                   ,    Case No.    __1:14-bk-15360__
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **2000 Utility** | - | **7,500.00** |
| | | **(value based on Debtor's opininion - value estimated)** | | |
| | | **2005 Freightliner VIN # 1FUJAPAV85DN44744** | - | **25,000.00** |
| | | **(961,784 miles - value based on Debtor's opinion - value estimated)** | | |
| | | **2005 Freightliner VIN # 1FUJBBCK25LM23202** | - | **25,000.00** |
| | | **(value based on Debtor's opinion - value estimated)** | | |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | | **(17) Monitors (9) Computers (8) Filing Cabinets (1) Server (13) Phones (1) Fax Machine (value uncertain - estimated)** | - | **10,370.00** |
| | | **office supplies** | - | **1,400.00** |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 69,270.00 |
| (Total of this page) | |
| Total > | 1,582,876.61 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Oracle Transportation Solutions, Inc.**                                     Case No.    __1:14-bk-15360__
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **XX-X-XXXX8853**<br><br>**Allegiant Partners Incorporated**<br>**900 Fourth Street, Suite 200**<br>**San Rafael, CA 94901** | - | | | **10/15/2010**<br><br>**UCC-1**<br><br>**2005 Volvo**<br>**Disputed because obligation was paid pre-petition**<br>**Vin # VNL670 4V4NC9TXS5N380854** | | | X | | |
| | | | | Value $                         **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **CA-0-38392854-Oracle**<br><br>**Capital Partners Funding, LLC**<br>**P.O. Box 2766**<br>**Carlsbad, CA 92018** | - | | | **8/21/2009**<br><br>**UCC-1**<br><br>**Obligation satisfied pre-petition UCC-1 not released** | | | | | |
| | | | | Value $                         **0.00** | | | | **Unknown** | **Unknown** |
| Account No. **Case No. TC027169**<br><br>**CEVA Ground US, LP**<br>**c/o Cammarano Law Group**<br>**555 East Ocean Blvd., Suite 501**<br>**Long Beach, CA 90802** | - | | | **4/10/2014**<br><br>**Judgment Lien**<br><br>**All property subject to enforcement of a money judgment** | | | | | |
| | | | | Value $                **Unknown** | | | | **321,000.00** | **Unknown** |
| Account No. **XXX9592-001**<br><br>**G.E. Transporation Finance**<br>**P.O. Box 820024**<br>**Philadelphia, PA 19182-0024** | - | | | **Purchase Money Security**<br><br>**2007 Freightliner Vin # 1FUJA6CK27LW31352 (both the 2005 and the 2007 Freightliners are financed on the same account - split the balance due in half for each vehicle)** | | | | | |
| | | | | Value $                **27,000.00** | | | | **7,459.60** | **0.00** |

__5__   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **328,459.60** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  **Oracle Transportation Solutions, Inc.**                                    ,    Case No.    **1:14-bk-15360**
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX3352-001** <br><br> **G.E. Transportation Finance** <br> **P.O. Box 820024** <br> **Philadelphia, PA 19182-0024** | | - | **Purchase Money Security** <br><br> **2006 Volvo VIN # # 4V4NC9TK46N425431** <br><br> **(930,767 miles - value based on Debtor's opinion - value estimated)** <br> Value $                **30,000.00** | | | | **19,155.24** | **0.00** |
| Account No. **XXX3352-001** <br><br> **G.E. Transportation Finance** <br> **P.O. Box 820024** <br> **Philadelphia, PA 19182-0024** | | - | **Purchase Money Security** <br><br> **2006 Volvo VIN # 4V4NC9TJ36N425265** <br><br> **(880,126 miles - value based on Debtor's opinion - value estimated)** <br> Value $                **36,000.00** | | | | **19,155.25** | **0.00** |
| Account No. **XXX9592-001** <br><br> **GE Transportation Finance** <br> **P.O. Box 820024** <br> **Philadelphia, PA 19182-0024** | | - | **Purchase Money Security** <br><br> **2005 Freightliner Vin # 1FUJBBCK05LN89878** <br><br> **(707,259 miles - value based on Debtor's opinion - value estimated)** <br> Value $                **25,000.00** | | | | **7,459.60** | **0.00** |
| Account No. **XXX3352-001** <br><br> **GE Transportation Finance** <br> **P.O. Box 642222** <br> **Pittsburgh, PA 15264-2222** | | - | **Purchase Money Security** <br> **2008 Freightliner Vin # 1FUJA6CK88DZ92192 (The 2008 Freightliner Vin # 1FUJA6CK88DZ92192, 2006 Volvo Vin # 4V4NC9TK46N425431 and 2006 Volvo Vin # 4V4NC9TJ36N425265 are financed on the same account - split the balance due** <br> Value $                **26,000.00** | | | | **19,155.24** | **0.00** |
| Account No. **XXX7820-0001** <br><br> **GE Transportation Finance** <br> **P.O. Box 820024** <br> **Philadelphia, PA 19182-0024** | | - | **Purchase Money Security** <br><br> **2008 International Vin # 5RJSXAFH08W547440** <br><br> **(value based on Debtor's opinion - value estimated)** <br> Value $                **40,000.00** | | | | **31,668.85** | **0.00** |

Sheet  **1**   of  **5**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **96,594.18** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Oracle Transportation Solutions, Inc.**                                ,    Case No.    __1:14-bk-15360__
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX6452**<br><br>**U.S. Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | | - | **Purchase Money Security**<br>**2011 International VIN #**<br>**3HSCUAPR9BN358646**<br>**(3 trucks included in this claim amount - other listings show amount as $0)**<br>**(282,200 miles - value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $          **65,000.00** | | | | **171,840.00** | **106,840.00** |
| Account No. **XXX6452**<br><br>**U.S. Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | | - | **Purchase Money Security**<br><br>**2007 Utility Reefer**<br><br>**(value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $          **22,000.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**U.S. Bank Equipment Finance**<br>**1310 Madrid St.**<br>**Marshall, MN 56258** | | - | **Purchase Money Security**<br><br>**2011 International**<br><br>**(value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $          **65,000.00** | | | | **0.00** | **0.00** |
| Account No. **XX-X-XXXXXXXX-XXXX1491**<br><br>**Wells Fargo Bank, N.A.**<br>**P.O. Box 8203**<br>**Boise, ID 83707-2203** | | - | **8/15/2013**<br><br>**UCC-1 - Line of Credit**<br><br>**All accounts, claims, instruments, promissory notes, investment property, general intangibles ...** | | | | | |
| | | | Value $          **Unknown** | | | | **579,543.16** | **Unknown** |
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | X | - | **9/29/2014**<br><br>**UCC-1 - truck loans**<br>**2007 Hyundai Reefer Trailer (various vehicles are financed on same account - additional entries to follow listing vehicles with $0 claim amount)** | | | | | |
| | | | Value $          **25,000.00** | | | | **346,933.00** | **321,933.00** |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **1,098,316.16** | **428,773.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Oracle Transportation Solutions, Inc.**                                      ,        Case No.    **1:14-bk-15360**
                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. **XXX-XXXXXX1-704** | | | Purchase Money Security | | | | | |
| **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | **2007 Utility Reefer VIN # 1UYVS25337U008113** **(value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $           18,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704** | | | Purchase Money Security | | | | | |
| **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | **2011 International VIN # 3HSCUAPR4BN357646** **(266,256 miles - value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $           65,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704** | | | **2011 International VIN # 3HSCUAPR2BN357645** **(276,852 miles - value based on Debtor's opinion - value estimated)** | | | | | |
| **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | | | | | | |
| | | | Value $           65,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704** | | | Purchase Money Security | | | | | |
| **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | **2006 Utility Reefer Trailer VIN # 1UYVS25386U903207** **(value based on Debtor's opinion - value estimated)** | | | | | |
| | | | Value $           20,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704** | | | **2006 Utility Reefer Trailer VIN # 1UYVS25336U742622** **(value based on Debtor's opinion - value estimated)** | | | | | |
| **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | | | | | | |
| | | | Value $           20,000.00 | | | | 0.00 | 0.00 |

Sheet   **3**   of   **5**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal                                          0.00          0.00
(Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Oracle Transportation Solutions, Inc.** _____,    Case No.    **1:14-bk-15360** _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | | - | Purchase Money Security<br><br>**2007 Utility Reefer Trailer VIN #**<br>**1UYVS253X7U013115**<br><br>**(value based on Debtor's opinion - value estimated)**<br>Value $              22,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | | - | Purchase Money Security<br><br>**2009 Freightliner VIN #**<br>**1FUJA6AV49DAB4043**<br><br>**(330,777 miles - value based on Debtor's opinion - value estimated)**<br>Value $              52,500.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | | - | Purchase Money Security<br><br>**2010 Peterbilt VIN #**<br>**1XP7D49X5AD796859**<br><br>**(320,000 miles - value based on Debtor's opinion - value estimated)**<br>Value $              53,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | | - | Purchase Money Security<br><br>**2007 Utility Reefer Trailer VIN #**<br>**1UYVS25387U013209**<br><br>**(value based on Debtor's opinion - value estimated)**<br>Value $              22,000.00 | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704**<br><br>**Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** | | - | Purchase Money Security<br><br>**2009 Utility Reefer Trailer VIN #**<br>**1UYVS25319U683106**<br><br>**(value based on Debtor's opinion - value estimated)**<br>Value $              25,000.00 | | | | 0.00 | 0.00 |

Sheet _**4**_ of _**5**_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 0.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Oracle Transportation Solutions, Inc.** ,   Case No.   __1:14-bk-15360__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XXXXXX1-704** <br><br> **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | Purchase Money Security <br><br> **2006 Great Dane Reefer VIN # 1GRAA06226W701340** <br><br> **(value based on Debtor's opinion - value estimated)** <br> Value $                **25,000.00** | | | | 0.00 | 0.00 |
| Account No. **XXX-XXXXXX1-704** <br><br> **Wells Fargo Equipment Finance, Inc. 733 Marquette Avenue., Suite 700 Minneapolis, MN 55402** | - | | Purchase Money Security <br><br> **2006 Hyundai Reefer VIN # 3H3V532C66T132002** <br><br> **(value based on Debtor's opinion - value estimated)** <br> Value $                **30,000.00** | | | | 0.00 | 0.00 |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br><br><br> | | | <br><br><br><br><br> Value $ | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 0.00 | 0.00 |
| Total <br> (Report on Summary of Schedules) | 1,523,369.94 | 428,773.00 |

B6E (Official Form 6E) (4/13)

.

In re     **Oracle Transportation Solutions, Inc.** _____ ,    Case No.    __1:14-bk-15360__
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__2__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Oracle Transportation Solutions, Inc.** _____ ,   Case No. __**1:14-bk-15360**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vahagn Gevorgyan** <br> **6422 Bellingham Ave., Suite 203** <br> **North Hollywood, CA 91606** | - | | 2014 <br><br> wages | | | | <br><br> 48,000.00 | 48,000.00 <br><br> 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | 48,000.00 | 48,000.00 <br> 0.00 |
|---|---|---|---|

B6E (Official Form 6E) (4/13) - Cont.

In re   **Oracle Transportation Solutions, Inc.** _____,    Case No.   **1:14-bk-15360** _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | for notice only | | | | | |
| **Franchise Tax Board Bankruptcy, PIT MS A340 P.O. Box 2952 Sacramento, CA 95812** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | for notice only | | | | | |
| **Internal Revenue Service LA & SFV Ch 7,11,13 Noticing Insolvency Stop 5022 300 N Los Angeles St Room 4062 Los Angeles, CA 90012** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | for notice only | | | | | |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. | | | | for notice only | | | | | |
| **State Board of Equalization Account Information Group, MIC: 29 P.O. Box 942879 Sacramento, CA 94279-0029** | - | | | | | | | | 0.00 |
| | | | | | | | | 0.00 | 0.00 |
| Account No. XX XX XXX-XX6852 | | | | 2/10/11 | | | | | |
| **State of California Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0001** | - | | | Consumer use tax, vehicles | | | | | 0.00 |
| | | | | | | | | 3,243.57 | 3,243.57 |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 3,243.57 |
| | Total (Report on Summary of Schedules) | 48,000.00 |
| | | 51,243.57 |

Subtotal right column: 3,243.57
Total right column: 3,243.57

B6F (Official Form 6F) (12/07)

In re **Oracle Transportation Solutions, Inc.** _____,    Case No. __1:14-bk-15360__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br>**EZ Mailing Services, Inc. <br>Booth, LLP <br>12100 Wilshire Blvd., Suite 800 <br>Los Angeles, CA 90025** | | - | | | **EZ Mailing Services, Inc. - complaint** | | | | 286,000.00 |
| Account No. **XXXXXXXXXXXX0309** <br><br>**Fleet One, LLC <br>MSC 30425 <br>P.O. Box 415000 <br>Nashville, TN 37241-5000** | X | - | | | | | | | 111,441.75 |
| Account No. <br><br>**Graystone Partners <br>6443 SW Beaverton-Hillsdale Hwy. <br>Suite 205 <br>Portland, OR 97221** | | - | | | | | | | 9,800.00 |
| Account No. **XXX-XXXXXX7-001** <br><br>**LEAF <br>PO BOX 644006 <br>Cincinnati, OH 45264-4006** | | - | | | **2014 <br>vendor/service provider** | | | | 245.29 |
| __1__ continuation sheets attached | | | | | Subtotal <br>(Total of this page) | | | | 407,487.04 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    S/N:34217-141218    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Oracle Transportation Solutions, Inc.**                              Case No.    **1:14-bk-15360**
_____ ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XXXX6388** | | | 11/2014 vendor | | | | |
| **Quill Corporation POB 37600 Philadelphia, PA 19101-0600** | - | | | | | | 1,103.27 |
| Account No. **XXXXXXXXX1340** | | | 2014 credit card | | | | |
| **Wells Fargo Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349** | - | | | | | | 12,119.00 |
| Account No. **XXXXXXXXXXXX6831** | | | 2014 credit card | | | | |
| **Wells Fargo Business Card P.O. Box 54349 Los Angeles, CA 90054-0349** | - | | | | | | 8,572.27 |
| Account No. **XXXXXXXX8795** | | | 2014 line of credit | | | | |
| **Wells Fargo Business Line Payment Remittance Center P.O. Box 54349 Los Angeles, CA 90054-0349** | - | | | | | | 21,649.73 |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __1___ of __1___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 43,444.27 |
| Total (Report on Summary of Schedules) | 450,931.31 |

B6G (Official Form 6G) (12/07)

.

In re    **Oracle Transportation Solutions, Inc.**                              ,    Case No.    __1:14-bk-15360__
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Agora Realty & Management, Inc.**<br>**15206 Ventura Blvd. # 306**<br>**Sherman Oaks, CA 91403** | **month to month commercial lease of property located at 6422 Bellingham Ave., Suite 206, North Hollywood, CA 91606** |
| **Arnold Nazaryan**<br>**10162 HILLHAVEN AVE APT 8**<br>**Tujunga, CA 91042** | **Mr. Nazaryan leases (1) truck to the Debtor** |
| **Khachik Gevorgyan**<br>**914 E. Elk Ave., Apt. 1**<br>**Glendale, CA 91205** | **Mr. Gevorgyan leases (1) truck to the Debtor - verbal month-to-month agreement** |
| **Leaf**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** | **copier leases** |
| **Nitro Transportation Group, Inc.**<br>**15330 Leadwell St.**<br>**Van Nuys, CA 91406** | **Debtor is Sub-Lessor** |
| **Rolls-Royce Motor Cars**<br>**Financial Services**<br>**P.O. Box 78103**<br>**Phoenix, AZ 85062-8103** | **2014 Rolls-Royce Ghost SWB lease expires 10/8/2018** |
| **Roman Group, Inc.**<br>**P.O. Box 5566**<br>**North Hollywood, CA 91616** | **Roman Group, Inc. leases (2) trucks to the Debtor -** |
| **Sarmen Kazar Ovsepyan**<br>**547 SALEM ST APT 6**<br>**Glendale, CA 91203** | **Mr. Ovsepyan leases (1) truck to the Debtor** |
| **Tigran Gevorgyan**<br>**210 Louise Terrace**<br>**Glendale, CA 91207** | **Mr. Gevorgyan leases (4) trucks to the Debtor - verbal month-to-month agreement** |
| **To Follow** | **Debtor has various leases/contracts with drivers - listing to follow** |
| **United Freightways**<br>**9970 Glenoaks Blvd., Suite B**<br>**Sun Valley, CA 91352** | **United Freightways leases (3) trucks to the Debtor - verbal month-to-month agreement** |

**0**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Oracle Transportation Solutions, Inc.**    ,    Case No.    **1:14-bk-15360**
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Vahagn Gevorgyan**<br>**6422 Bellingham Ave., Suite 203**<br>**North Hollywood, CA 91606** | **Wells Fargo Equipment Finance, Inc.**<br>**733 Marquette Avenue., Suite 700**<br>**Minneapolis, MN 55402** |
| **Vahagn Gevorgyan**<br>**6422 Bellingham Ave., Suite 203**<br>**North Hollywood, CA 91606** | **Fleet One, LLC**<br>**MSC 30425**<br>**P.O. Box 415000**<br>**Nashville, TN 37241-5000** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Central District of California

In re **Oracle Transportation Solutions, Inc.**                                Case No.   **1:14-bk-15360**
                                          Debtor(s)                            Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the C.E.O. of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**22**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January  7, 2015**                              Signature  **/s/ Tigran Gevorgyan**
                                                                    **Tigran Gevorgyan**
                                                                    **C.E.O.**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re   **Oracle Transportation Solutions, Inc.**                              Case No.   **1:14-bk-15360**

                                          Debtor(s)        Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $6,341,950.00 | **2012 - gross receipts per line 1c of federal tax return** |
| $6,020,321.00 | **2013 - gross receipts from line 1c of federal tax returns** |
| $6,638,460.09 | **2014 - year-to-date gross receipts as of 12/1/2014** |

---

### 2. Income other than from employment or operation of business

None  
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                    SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Fleet One** **MSC 30425** **P.O. Box 415000** **Nashville, TN 37241-5000** | **to follow** | **$0.00** | **$0.00** |
| **To Follow** | | **$0.00** | **$0.00** |

**None** ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **To Follow** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ceva Ground US, LP vs. Oracle Transportation Solutions, Inc.** **Case No. TC027169** | **judgment** | **Superior Court of California, County Of Los Angeles** **Southeast District** **200 W. Compton Blvd.** **Compton, CA 90220** | **judgment** |
| **EZ Mailing Services, Inc. vs. Oracle Transporation Solutions, Inc.** **Case No. CV 12-9313-CBM-(JEMx)** | **judgment** | **United States District Court** **Central District of California** | **judgment** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **2005 Peterbilt Model 387** | **truck was lost to fire - the insurance paid the Debtor $29,000 for the loss** | **2/21/13** |
| **various small losses for damages in freight** | **not covered by insurance - paid for by Debtor** | **various** |

B7 (Official Form 7) (04/13)
4

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Law Offices of Steven R. Fox**<br>**17835 Ventura Blvd., Suite 306**<br>**Encino, CA 91316** | **11/26/14 $700 - consultation fee**<br><br>**11/28/14 $40,283.00 - retainer** | **$40,983** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| **TQL**<br>**P.O. Box 799**<br>**Milford, OH 45150**<br>    **none** | **11/25/14** | **TQL has a claim against the Debtor and is**<br>**holding $18,000 of the Debtor's receivables** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

B7 (Official Form 7) (04/13)

5

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)
6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Oracle Transportation Solutions, Inc.** | 26-1400810 | **6422 Bellingham Ave., Suite 203 North Hollywood, CA 91606** | **transportation company** | **11/6/2007 to current** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Debtor** | |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **AIG Truck Insurance Group** | **1200 Abernathy Road Building 600, Suite 500 Atlanta, GA 30328** | **insurance audit - March 27, 2013** |

B7 (Official Form 7) (04/13)

7

| None | | |
|------|---|---|
| ■ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. | |

**NAME**                                                ADDRESS

| None | | |
|------|---|---|
| ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. | |

NAME AND ADDRESS                                        DATE ISSUED
**Wells Fargo**                                         **8/2013**

---

**20. Inventories**

| None | | |
|------|---|---|
| ■ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. | |

DATE OF INVENTORY          INVENTORY SUPERVISOR          DOLLAR AMOUNT OF INVENTORY
                                                         (Specify cost, market or other basis)

| None | | |
|------|---|---|
| ■ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. | |

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                           RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None | | |
|------|---|---|
| ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. | |

NAME AND ADDRESS                    NATURE OF INTEREST          PERCENTAGE OF INTEREST

| None | | |
|------|---|---|
| ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. | |

NAME AND ADDRESS                    TITLE                      NATURE AND PERCENTAGE
                                                               OF STOCK OWNERSHIP
**Vahagn Gevorgyan**                **shareholder**            **100%**
**6422 Bellingham Ave., Suite 203**
**North Hollywood, CA 91606**

---

**22 . Former partners, officers, directors and shareholders**

| None | | |
|------|---|---|
| ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. | |

NAME                                ADDRESS                    DATE OF WITHDRAWAL

| None | | |
|------|---|---|
| ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. | |

NAME AND ADDRESS                    TITLE                      DATE OF TERMINATION

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR<br>**To Follow** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None  ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None  ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January  7, 2015**

Signature  **/s/ Tigran Gevorgyan**

**Tigran Gevorgyan**
**C.E.O.**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*